TYPE SUM          SHERIFF'S OFFICE OF DUPAGE COUNTY, ILLINOIS          DEPUTY #59

DOCKET #: S2007-343-150653     CASE #: 07CV6706  -001     ORIGIN NUMBER: 999
DATE FILED 11/29/07  DATE RECEIVED 12/11/07  SUSPENDS 12/28/07  # OF WORKSHEETS: 00

DEFENDANT MAG ELECTRIC, INC. - C/O DONALD T. PIOREK RA

        HOME ADDRESS           E   WORK ADDRESS
                                125 N LAKE ST
                                STE 201                                OPERATOR ID
                                BLOOMINGDALE, IL                         111

PLAINTIFF DIVANE JR., WILLIAM
SERVICE  UNITED STATES DISTRICT COURT
 INFO

********************************************************************************
A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.

___ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE
      DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT
      PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED TO
      THE DEFENDANT AT THE ABOVE ADDRESS. DATE_____ INITIALS_____

✓ 3 SERVICE ON: CORPORATION ✓  COMPANY____  BUSINESS____  PARTNERSHIP____
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT,
      AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

B) JOHN E. ZARUBA, SHERIFF, BY: _____[signature]#659_____, DEPUTY

   1 SEX M M/F    RACE W    AGE 40    HT 5'11    WT 175    R/A
   2 WRIT SERVED ON DONALD PIOREK    RELATION R/A.

THIS 18 DAY OF DEC, 2007 TIME 1:20 AM/PM

ADDITIONAL _____
COMMENTS
351-0500 _____

********************************************************************************
                                    ATTEMPTED SERVICES:    DATE       TIME    AM/PM  DEPUTY#

THE NAMED DEFENDANT WAS NOT SERVED.    12/14/07    11:55 AM    659
        REASON NOT SERVED:              12/17/07     9:25 AM    659

__01 MOVED            __06 NO SUCH ADDRESS
__02 NO CONTACT       __07 EMPLOYER REFUSAL
__03 AVOIDING:        __08 RETURNED BY ATTY
     SEE COMMENTS     __09 DECEASED
__04 NOT LISTED       __10 NO LONGER EMPLOYED
__05 WRONG ADDRESS    __11 OTHER: SEE
                            COMMENTS ABOVE

AMOUNT RECEIVED    43.00   CK

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, LARRY CRAWLEY and MICHAEL L. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, Plaintiffs

V.

MAG ELECTRIC, LLC, Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07CV6706
ASSIGNED JUDGE: JUDGE COAR
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Mag Electric, Inc.
c/o Donald T. Piorek, Registered Agent
125 East Lake St., Ste. 201
Bloomingdale, IL 60108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Shannon
Tenney & Bentley, LLC
111 West Washington St., Ste. 1900
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 29 2007

DATE