```
              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>     Plaintiffs,<br><br>  v.<br><br>MAG ELECTRIC, LLC,<br><br>     Defendant. | No. 07 C 6706<br><br>Judge Coar |

**MOTION FOR DEFAULT ORDER**

The plaintiffs, WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, by their attorney, David R. Shannon, and pursuant to Fed. R. Civ. P. 55, request the Court to enter a default against the defendant, MAG ELECTRIC, LLC. In support of their motion, the Trustees state:

     1.   The Trustees filed suit on November 29, 2007. MAG ELECTRIC, LLC was served with summons and complaint on December 18, 2007. A copy of the Return of Service from the Sheriff of Kane County, Illinois has been filed with the court and is attached hereto as Exhibit A.

     2.   To date the defendant has failed to file an appearance or answer to the complaint.

     WHEREFORE, William T. Divane, Jr., et al, as the Electrical Insurance Trustees request the entry of an order of default against MAG ELECTRIC, LLC and an order directing MAG to produce, within 14 days, its books and records and permit the Trustees to conduct an audit covering the period January 1, 2006 though the

present. The Trustees also request the Court to set a date for the prove-up of damages, if any.

                    WILLIAM T. DIVANE JR., <u>et al</u>., as the
                    ELECTRICAL INSURANCE TRUSTEES

              By:   /s/ David R. Shannon
                    <u>One of Their Attorneys</u>

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800

-2-