TYPE SUM                SHERIFF'S OFFICE OF DUPAGE COUNTY, ILLINOIS              DEPUTY 659

DOCKET #: 02007-343-150653        CASE #: 07CV6706    -001        ORIGIN NUMBER: 999
DATE FILED 11/29/07  DATE RECEIVED 12/11/07  SUSPENDS 12/28/07  # OF WORKSHEETS: 00

DEFENDANT M&S ELECTRIC, INC. - C/O DONALD T. PIOREK RA

                HOME ADDRESS                    E    WORK ADDRESS
                                                125 E LAKE ST
                                                STE 201                        OPERATOR ID
                                                BLOOMINGDALE, IL                  111

PLAINTIFF DEVANE JR., WILLIAM
SERVICE   UNITED STATES DISTRICT COURT
  INFO

**********************************************************************************
A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.

___ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE
      DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT
      PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED TO
      THE DEFENDANT AT THE ABOVE ADDRESS. DATE_____ INITIALS_____

✓ 3 SERVICE ON: CORPORATION ✓  COMPANY____  BUSINESS____  PARTNERSHIP____
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT,
      AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

B) JOHN E. ZARUBA, SHERIFF, BY: _____[signature]#659_____, DEPUTY
   1 SEX M M/F  RACE W  AGE 40  HT 5'11  WT 175
   2 WRIT SERVED ON Donald Piorek    RELATION R/A.
   THIS 18 DAY OF DEC, 2007  TIME 1:20 AM/PM

ADDITIONAL
COMMENTS  351-0500
_____

**********************************************************************************
                                    ATTEMPTED SERVICES:    DATE       TIME  AM/PM  DEPUTY#
                                                         12/14/07   11:55 AM   659
THE NAMED DEFENDANT WAS NOT SERVED.                      12/17/07    9:25 AM   659
      REASON NOT SERVED:

__01 MOVED              __06 NO SUCH ADDRESS
__02 NO CONTACT         __07 EMPLOYER REFUSAL
__03 AVOIDING:          __08 RETURNED BY ATTY
     SEE COMMENTS       __09 DECEASED
__04 NOT LISTED         __10 NO LONGER EMPLOYED
__05 WRONG ADDRESS      __11 OTHER: SEE
                             COMMENTS ABOVE

AMOUNT RECEIVED    43.00    CK

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, LARRY CRAWLEY and MICHAEL L. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, Plaintiffs

V.

MAG ELECTRIC, LLC, Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07CV6706
ASSIGNED JUDGE: JUDGE COAR
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

Mag Electric, Inc.
c/o Donald T. Piorek, Registered Agent
125 East Lake St., Ste. 201
Bloomingdale, IL  60108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Shannon
Tenney & Bentley, LLC
111 West Washington St., Ste. 1900
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 29 2007

DATE