UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>    Plaintiffs,<br><br>    v.<br><br>MAG ELECTRIC, LLC,<br><br>    Defendant. | No. 07 C 6706<br><br>Judge cOAR |

**NOTICE OF MOTION**

To:  Mag Electric, LLC
     c/o Donald T. Piorek, Registered Agent
     125 East Lake Street, Suite 201
     Bloomingdale, IL  60108

    Please take notice that at **9:00 a.m. on Monday, January 28, 2008**, plaintiffs, William T. Divane, Jr., et al., as the Electrical Insurance Trustees, will present the attached **Motion for Order of Default** before the Honorable **David H. Coar** at the U.S. Courthouse, **Courtroom 1419**, Dirksen Building, 219 South Dearborn, Chicago, Illinois.

                                        /s/ David R. Shannon
                                        _____
                                        David R. Shannon

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800

PROOF OF SERVICE

    I, David R. Shannon the attorney, certify that in addition to filing this document electronically in accordance with local rules, I served this notice by mailing a copy to the above-named party (attorney) at the above address and depositing the same in the U.S. Mail at 111 West Washington Street, Chicago, Illinois, 60602, before the hour of 5:00 p.m. on October 29, 2007, with proper postage prepaid.

                                        /s/ David R. Shannon
                                        _____