UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Williaim T Divane Jr, et al.
                            Plaintiff,

v.                                              Case No.: 1:07−cv−06706
                                                Honorable David H. Coar

MAG Electric, LLC
                            Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 23, 2008:


   MINUTE entry before Judge David H. Coar :Status hearing held on
1/23/2008.Motion for default judgment [8] is reset to 2/6/2008 at 9:00 a.m, plaintiff shall
send out a new notice of motion to the defendant and any other party involved. The
motion for default judgment [8] is reset to 2/6/2008 at 9:00 a.m.Status hearing continued
to 2/6/2008 at 09:00 AM.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.