**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Williaim T Divane Jr, et al.
                                      Plaintiff,

v.                                               Case No.: 1:07−cv−06706
                                                           Honorable David H. Coar

MAG Electric, LLC
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge David H. Coar :Status hearing and the MOTION by Plaintiff Williaim T Divane, Jr for default judgment as to MAG Electric, LLC [8] are reset for 3/20/2008 at 09:00 AM. The date of 3/11/2008 and the Parties need not appear. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.