# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Williaim T Divane Jr, et al.

                              Plaintiff,

v.                                               Case No.: 1:07−cv−06706
                                                  Honorable David H. Coar

MAG Electric, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/20/2008 regarding motion for default judgment [8]. Status hearing held on 3/20/2008.Motion for default judgment [8] is continued to 4/3/2008 at 9:00 a.m. Status hearing continued to 4/3/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.