```
                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, | |
| Plaintiffs, | |
| v. | No. 07 C 6706 |
| MAG ELECTRIC, LLC, | Judge cOAR |
| Defendant. | |

**MOTION FOR DEFAULT JUDGMENT**

The plaintiffs, WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, by their attorney, David R. Shannon, and pursuant to Fed. R. Civ. P. 55, request the Court to enter a default judgment against the defendant, MAG ELECTRIC, LLC. In support of their motion, the Trustees state:

   1.   The Trustees filed suit on November 29, 2007. MAG ELECTRIC, LLC was served with summons and complaint on December 18, 2007. A copy of the Return of Service from the Sheriff of Kane County, Illinois has been filed with the court.

   2.   To date the defendant has failed to file an appearance or answer to the complaint.

   3.   The affidavit of Michael Krantz, the Trustees' Collection Manager, has been filed separately.

   WHEREFORE, William T. Divane, Jr., et al, as the Electrical Insurance Trustees request the entry of a default judgment against MAG ELECTRIC, LLC in the amount of $45,361.21. The

Trustees request the court to enter an order barring and enjoining MAG ELECTRIIC, LLC, from engaging in work within the scope of work clauses in the Principal Agreement (that is, work involving electrical construction, alteration, maintenance, service or repair), and within the jurisdiction of Local 134, I.B.E.W., for so long as it is a signatory of that agreement, unless and until it furnishes the Electrical Insurance Trustees with a duly-executed standard fringe-benefit bond.  The Trustees also request the court to grant such other legal or equitable relief as the court deems appropriate.

                    WILLIAM T. DIVANE JR., et al., as the
                    ELECTRICAL INSURANCE TRUSTEES

                    /s/ David R. Shannon
By: _____

                    One of Their Attorneys

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800