UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, <br><br>Plaintiffs, <br><br>v. <br><br>MAG ELECTRIC, LLC, <br><br>Defendant. | No. 07 C 6706 <br><br>Judge Coar |

**AFFIDAVIT OF MICHAEL KRANTZ**

1. My name is Michael Krantz, and I am employed by the Electrical Insurance Trustees as Collection Manager. My duties include overseeing the administration and enforcement of employer contributions to the various trust funds administered by the Trustees and coordinating efforts to collect delinquent contributions from employers.

2. I am familiar with the various agreements and other documents which relate to the collection of contributions, including the Principal Agreement between Local Union No. 134, I.B.E.W and the Electrical Contractors' Association, and the Insurance Trust Agreement which sets forth the duties of the Trustees regarding the trust funds they administer.

3. I have reviewed a copy of the audit of Mag Electric, LLC which Rafael Ascencio of Bansley & Kiener, L.L.P. performed in March 2008 and which covered the period of January 1, 2006,

through December 31, 2007. A true and correct summary of the audit is attached hereto as Exhibit A.

4. The audit shows that after all just credits, Mag Electric, LLC underpaid contributions due under the Principal Agreement in the amount of $37,218.54. In addition to the underpaid contributions, under the terms of the Principal Agreement Mag Electric, LLC is liable to the Trustees for liquidated damages in the amount of $7,443.71 and an audit fee in the amount of $750.00. The total amount due is $45,361.21 as reflected in the spreadsheet attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2008.

Michael Krantz

_____

David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800

To the EIT Benefit Funds Local 134

Our report on the examination of the payroll records of this employer are as follows:

| | |
|---|---|
| Employer: | MAG ELECTRIC, LLC |
| Address: | 3640 WEST DICKENS |
| | CHICAGO, IL 60647-0000 |
| Telephone: | (773) 276-9362 |
| Period Covered: | 1/1/2006 - 12/31/2006 |
| Contact: | MARGARITA AGUILAR |
| Date of Examination: | March 3, 2008 |
| Field Auditor(s): | RAFAEL ASCENCIO |
| Type of Organization: | LLC / MARGARITA AGUILAR 100% |
| Federal ID Number: | 68-0582660 |
| State ID Number: | T43898528 |
| Synopsis: | The prescribed audit procedures were performed. |
| | "A" ELECTRICIANS |
| | No exceptions were noted. |
| Exit Interview: | Informed Ms. Aguilar that no exceptions were noted. |



EXHIBIT A



To the EIT Benefit Funds Local 134

Our report on the examination of the payroll records of this employer are as follows:

| | |
|---|---|
| Employer: | MAG ELECTRIC, LLC |
| Address: | 3640 WEST DICKENS |
| | CHICAGO, IL 60647-0000 |
| Telephone: | (773) 276-9362 |
| Period Covered: | 1/1/2007 - 12/31/2007 |
| Contact: | MARGARITA AGUILAR |
| Date of Examination: | March 3, 2008 |
| Field Auditor(s): | RAFAEL ASCENCIO |
| Type of Organization: | LLC / MARGARITA AGUILAR 100% |
| Federal ID Number: | 68-0582660 |
| State ID Number: | T43898528 |
| Synopsis: | The prescribed audit procedures were performed. |
| | "A" ELECTRICIANS |
| | See accompanying schedule for exceptions noted. |
| Exit Interview: | Reviewed exceptions with Ms. Margarita Aguilar. |

EIT Benefit Funds Local 134
Payroll Audit of : MAG ELECTRIC, LLC

The amounts due to (from) the various funds are as follows:

| | | | | | | | Amount Due |
|---|---|---|---|---|---|---|---|
| **A-Electricians** | | | | Hours | Wages | Rate | (Overreported) |
| Health and Welfare | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | ($405.41) | 26.2534% | ($106.43) |
| | 06/05/07 | To | 12/31/07 | | $69,824.00 | 27.0635% | $18,896.82 |
| | | | | | $69,418.59 | | $18,790.39 |
| Pension Plan #2 | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | ($405.41) | 11.0468% | ($44.78) |
| | 06/05/07 | To | 12/31/07 | | $69,824.00 | 11.5344% | $8,053.78 |
| | | | | | $69,418.59 | | $8,009.00 |
| Apprentice & Training Fund | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | ($405.41) | 2.0661% | ($8.38) |
| | 06/05/07 | To | 12/31/07 | | $69,824.00 | 1.9841% | $1,385.38 |
| | | | | | $69,418.59 | | $1,377.00 |
| LMCC | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | ($405.41) | 0.5234% | ($2.12) |
| | 06/05/07 | To | 12/31/07 | | $69,824.00 | 0.5026% | $350.94 |
| | | | | | $69,418.59 | | $348.82 |
| Drug Free Alliance | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | ($405.41) | 0.0275% | ($0.11) |
| | 06/05/07 | To | 12/31/07 | | $69,824.00 | 0.0265% | $18.50 |
| | | | | | $69,418.59 | | $18.39 |
| Annuity Fund | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | 2.00 | $2.15 | $4.30 |
| | 06/05/07 | To | 12/31/07 | | 1,747.00 | $2.15 | $3,756.05 |
| | | | | | 1,749.00 | | $3,760.35 |
| Additional Security Benefit Fund-Journeymen | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | 2.00 | $1.70 | $3.40 |
| | 06/05/07 | To | 12/31/07 | | 1,747.00 | $1.75 | $3,057.25 |
| | | | | | 1,749.00 | | $3,060.65 |
| Sub-Fund | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | 2.00 | $1.00 | $2.00 |
| | 06/05/07 | To | 12/31/07 | | 1,747.00 | $1.00 | $1,747.00 |
| | | | | | 1,749.00 | | $1,749.00 |
| Administrative and Maintenance Fund | | | | | | | |
| | 01/01/07 | To | 06/04/07 | | 2.00 | $0.06 | $0.12 |
| | 06/05/07 | To | 12/31/07 | | 1,747.00 | $0.06 | $104.82 |
| | | | | | 1,749.00 | | $104.94 |
| Total amount due to (from) funds for A-Electricians | | | | | | | $ 37,218.54 |



Mag Electric, LLC
Amounts Due as of
04-01-2008

| Contribution Month | Due Date or Work Period | Amount Received | Contribution Amount Due | Audit Fee | Liquidated Damages & Interest | Grand Totals |
|---|---|---|---|---|---|---|
| Communication | | | | | | |
| Bansley & Kiener Audit | January 1, 2006 to December 31, 2007 | N/A | $ 37,218.54 | $ 750.00 | $ 7,443.71 | $ 45,412.25 |
| Total | | $   -   | $ 37,218.54 | $ 750.00 | $ 7,443.71 | $ 45,412.25 |

LD's calculated at 20%

Less Credits: $ 51.04

Grand Total $ 45,361.21

Notes:

Bond with C.W. Olson Cancelled September 14, 2007.



EXHIBIT B