UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, <br><br> Plaintiffs, <br><br> v. <br><br> MAG ELECTRIC, LLC, <br><br> Defendant. | No. 07 C 6706 <br><br> Judge Coar |

### NOTICE OF MOTION

To: Mag Electric, LLC
c/o Donald T. Piorek, Registered Agent
125 East Lake Street, Suite 201
Bloomingdale, IL  60108

Mag Electric, LLC
Margarita Aguilar, President
Fax: 773-276-9568

Please take notice that at **9:00 a.m. on Wednesday, April 3, 2008**, plaintiffs, William T. Divane, Jr., et al., as the Electrical Insurance Trustees, will present their **Motion for Default Judgment** before the Honorable **David H. Coar** at the U.S. Courthouse, **Courtroom 1419**, Dirksen Building, 219 South Dearborn, Chicago, Illinois, a copy of which was served by mail on January 18, 2008.

/s/ David R. Shannon
_____
David R. Shannon

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800

### PROOF OF SERVICE

I, David R. Shannon the attorney, certify that in addition to filing this document electronically in accordance with local rules, I served this notice by mailing a copy to the above-named party (attorney) at the above address and depositing the same in

the U.S. Mail at 111 West Washington Street, Chicago, Illinois, 60602, before the hour of 5:00 p.m. on April 2, 2008, with proper postage prepaid.  In addition, I faxed a copy of the motion to the president of the defendant, Magarita Aguilar, before the hour of 5:00 p.m. on April 2, 2008, and I informed Ms. Aguilar of the substance of the motion via facsimile on April 1, 2008, and via telephone on the morning of April 2, 2008.

/s/ David R. Shannon
_____