**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Williaim T Divane Jr, et al.
                                Plaintiff,

v.                                                Case No.: 1:07−cv−06706
                                                  Honorable David H. Coar

MAG Electric, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

    MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/3/2008 regarding motion for default judgment[8], motion for default judgment[16]. Status hearing held on 4/3/2008. MOTION by Plaintiff Williaim T Divane, Jr for default judgment as to MAG Electric, LLC [8] is moot. MOTION by Plaintiff Williaim T Divane, Jr for default judgment as to Mag Electric, LLC [16] is granted, the court entered the order without the injunctive relief. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.