

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6706 | **DATE** | 4/3/2008 |
| **CASE TITLE** | William T. Divane, Jr., et al vs. MAG Electric, LLC | | |

**DOCKET ENTRY TEXT**

Judgment is entered in favor of the plaintiffs in the total sum of $46,754.21 and against the defendant. This judgment is without prejudice to any claims for periods which have not been audited and claims for months where payroll reports have not been submitted. ENTER JUDGMENT ORDER. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|