

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MAG ELECTRIC, LLC,<br><br>　　　　Defendant. | No. 07 C 6706<br><br>Judge Coar |

### JUDGMENT ORDER

THIS CAUSE coming to be heard on plaintiffs' motion for default judgment, and defendant MAG ELECTRIC, LLC having been duly served with summons and complaint and having failed to file an appearance or response to the complaint,

IT IS THEREFORE HEREBY ORDERED:

Judgment is entered in favor of WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, LARRY CRAWLEY, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, and MICHAEL R. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, and against MAG ELECTRIC, LLC in the amount of $45,361.21 for delinquent fringe benefit contributions and liquidated damages; plus attorneys' fees in the amount of $1,000.00; and costs in the amount of $404.00 ($350.00 filing fee, $43.00 for DuPage Sheriff's service) for a total money judgment in the amount of **$46,754.21**, without prejudice to any claims for periods which have not been audited and claims for months where payroll reports have not been submitted.

April 3, 2008

ENTER:

_____
Judge David H. Coar